# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-41411
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 22, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CESAR CUEVAS-MEDINA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:13-CR-238-1

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Cesar Cuevas-Medina raises an argument that he concedes is foreclosed by *United States v. Betancourt,* 586 F.3d 303, 308-09 (5th Cir. 2009), which held that knowledge of drug type and quantity is not an element of a 21 U.S.C. § 841 offense.  Nor is knowledge of drug type and quantity an element of an offense under 21 U.S.C. § 952(a) or 21 U.S.C. § 960(a).  *See United States v. Valencia-Gonzales,* 172 F.3d 344, 345-46

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-41411

(5th Cir. 1999); *United States v. Restrepo-Granda,* 575 F.2d 524, 527 (5th Cir. 1978).  The unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.